# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141937

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID HENRY JOHNSON,
        Defendant-Appellant.

SC: 141937
COA: 299101
Tuscola CC: 05-009572-FC;
                05-009577-FH

_____/

        On order of the Court, the application for leave to appeal the September 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

                                                            Clerk

d0228